IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL BILLINGS, et al.** | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 16-778 |
| **PORTNOFF LAW ASSOCIATES, LTD.** | : |

## ORDER

**AND NOW**, this 10th day of June 2016, upon consideration consistent with our standard of review of the Debtors' appeal from the February 5, 2016 Order of the United States Bankruptcy Court along with the parties' briefing (ECF Doc. Nos. 4, 5, & 6) and for reasons in the accompanying memorandum, it is **ORDERED** the United States Bankruptcy Court's February 5, 2016 Order is **AFFIRMED.**

The Clerk of Court shall **close** this matter.

_____
KEARNEY, J.